FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 APR 27 P 1: 50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 1:18MJ 209 |
| ) | CLASS A MISDEMEANOR |
| v. ) | Court Date: May 3, 2018 |
| ) | |
| MICHAEL A. FRANCIS, II ) | |
| ) | |
| ) | |

CRIMINAL INFORMATION

(Count 1 CLASS A MISDEMEANOR- 7523148)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 10, 2018, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHAEL A. FRANCIS, II did knowingly, intentionally and unlawfully possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- 7523147)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 10, 2018, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHAEL A. FRANCIS, II, did knowingly and unlawfully disregard a clearly posted traffic control road sign, to wit: he disregarded a clearly posted "Road Closed" sign at the intersection of South Rotary Road and Eads Street on the Pentagon Reservation and drove into a construction site.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code, Section 830).

TRACY DOHERTY-McCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Paul A. Embroski
Special Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information was mailed to the defendant on the 25TH day of April, 2018.

Paul A. Embroski
Special Assistant US Attorney